No. 6626.—Armour Fertilizer Works, aplda., v. Abella Bastón, aplte.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆ Julio 11, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, se nos pide que desestimemos la apelación interpuesta en este caso:

Por cuanto, el demandado apeló el 12 de febrero, 1934, de la sentencia dictada contra él:

Por cuanto, no ha vencido la prórroga que la corte inferior ha concedido al apelante para que presente el pliego de exposición del caso para su apelación:

Por cuanto, el tiempo transcurrido desde que la apelación fué interpuesta no demuestra que el apelante haya sido negligente en la tramitación de su recurso:

Por cuanto, también se funda la solicitud de desestimación en la frivolidad de la apelación:

Por cuanto, carecemos de base para decidir la frivolidad alegada porque no tenemos ante nosotros la demanda y la contestación ni la prueba, pues si bien la apelada nos ha presentado una transcripción de ella hecha por el taquígrafo, no está aprobada por la corte sentenciadora:

Por tanto, no ha lugar a desestimar esta apelación.